desired to question them in equity, it was its duty, in each instance, to proceed within the current year. We find nothing in plaintiff's averments sufficient to relieve it from the charge of laches so far as the time prior to 1918 is concerned, and, as to those years, the court below did not err in dismissing the bill, but plaintiff was entitled to, and should have been granted, a hearing on its complaints relating to 1918; the denial of this was error.

### VI.

The authorities cited in this opinion are relied upon, in each instance, only for the particular point mentioned, and we are not to be considered as further adopting the views expressed therein; particularly is this so in regard to the cases from foreign jurisdictions.

### VII.

The decree is affirmed, except so far as it relates to the year 1918, to that extent it is reversed and the bill reinstated with a procedendo; defendant municipality to pay the costs.

Mr. Justice FRAZER dissents.

---

## Consolidated Ice Co., Appellant, *v.* Pittsburgh.

Argued October 14, 1919. Appeal, No. 42, Oct. T., 1919, by plaintiff, from decree of C. P. Allegheny Co., April T., 1918, No. 1865, dismissing bill in equity in case of Consolidated Ice Company v. City of Pittsburgh, a municipal corporation; Charles S. Hubbard, Treasurer of the City of Pittsburgh; John Swan, Jr., Director of the Department of Public Works of the City of Pittsburgh. Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING, SIMPSON and KEPHART, JJ. Decree reversed in part.

OPINION BY MR. JUSTICE MOSCHZISKER, January 5, 1920:

In all essential particulars the facts material to the decision of this case accord with those in Barnes Laundry Co. v. Pittsburgh et al., the opinion in which is handed down simultaneously herewith.

The decree is affirmed, except so far as it relates to the year 1918, to that extent it is reversed and the bill reinstated with a procedendo; defendant municipality to pay the costs.

Mr. Justice FRAZER dissents.

---

## Ohio & Pittsburgh Milk Co., Appellant, *v.* Pittsburgh.

Argued October 14, 1919. Appeal, No. 43, Oct. T., 1919, by plaintiff, from decree of C. P. Allegheny Co., Jan. T., 1919, No. 453, dismissing bill in equity in case of Ohio & Pittsburgh Milk Company v. City of Pittsburgh, a municipal corporation; Charles S. Hubbard, Treasurer of the City of Pittsburgh, John Swan, Jr., Director of the Department of Public Works of the City of Pittsburgh. Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING, SIMPSON and KEPHART, JJ. Decree reversed in part.

OPINION BY MR. JUSTICE MOSCHZISKER, January 5, 1920:

In all essential particulars the facts material to the decision of this case accord with those in Barnes Laundry Co. v. Pittsburgh et al., the opinion in which is handed down simultaneously herewith.

The decree is affirmed, except so far as it relates to the year 1918, to that extent it is reversed and the bill reinstated with a procedendo; defendant municipality to pay the costs.

Mr. Justice FRAZER dissents.